**RECEIVED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

AUG 10 2018

*August 16, 2018*

JEFFREY P. COLWELL
CLERK

To: US District Court, Clerk

From: Frances M. Scott — an inmate jailed for civil contempt which can't be cured — under $29,000 all cash bail which can't be paid

Please find enclosed for opening a new case.

• One (1) Original Complaint,
• One (1) Original Motion for EMERGENCY STAY
→ ★ Payment of filing fee planned to be done by a friend by Thursday August 9, 2018 — Otherwise, a payment plan will need to be set up. I have less than $5 in my account.
★ PLEASE MAKE ME A COPY of each and STAMP & Return

Frances. Madden. Scott   0000 885-399
Denver County Jail
P.O. Box 1108
Denver, CO 80201

The Cover Page was available on Westlaw, but not full sized and not legible, therefore I did my best to address each section on a separate sheet.

*(left margin, rotated)* I will call the court on Wed/Thursday to try to coordinate.

*(left margin, rotated)* ★ The copier at Denver County Jail was out of toner so no copies were possible

Thank you in advance.

*Respectfully*
*Frances M Scott*
All rights reserved