IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 18-cv-02044-GPG
(**The above civil action number must appear on all future papers sent to the court in this action. Failure to include this number may result in a delay in the consideration of your claims.**)

FRANCES M. SCOTT, and
JOHN DOES 1-20,

    Plaintiffs,

v.

EDWARD LEVY, personally,
ATLAS LAW FIRM P.C.,
DEBTBUSTERS P.C.,
DOMINIC RYALS, personally,
DAVID FURTADO, personally,
FURTADO LAW FIRM L.L.C.,
WESTERFIELD & MARTIN L.L.C.,
ZACHARY WESTERFIELD, personally,
LOGAN MARTIN, personally,
DOUGLAS COUNTY SHERIFF TONY SPURLOCK, personally,
DOUGLAS COUNTY DEPUTY JAMES LAKOMY, personally,
DOUGLAS COUNTY DEPUTY ROTHERHAM, personally,
DOUGLAS COUNTY DEPUTY HAVAVAN, personally,
A FOURTH DOUGLAS COUNTY DEPUTY TO BE NAMED PERSONALLY,
DOUGLAS COUNTY COLORADO,
JOHN DOES 21-75, and
JAY GRANT, personally,

    Defendants.

## ORDER DIRECTING PLAINTIFF TO CURE DEFICIENCIES

Plaintiff Frances M. Scott, an inmate at the Denver County Jail in Denver, Colorado, has submitted to the court a pleading titled "Conspiracy to Deprive Plaintiff(s) Life, Liberty and Property Without Due Process" (ECF No. 1) and a motion for emergency

stay (ECF No. 2).   Ms. Scott may not represent anyone else in this action because a *pro se* litigant may not represent another *pro se* litigant in federal court.   See 28 U.S.C. § 1654.   As part of the court's review pursuant to D.C.COLO.LCivR 8.1(b), the court has determined that the documents are deficient as described in this order.   Ms. Scott will be directed to cure the following if she wishes to pursue any claims in this action.   Any papers that Ms. Scott files in response to this order must include the civil action number on this order.

**28 U.S.C. § 1915 Motion and Affidavit**:
(1)   xx     is not submitted
(2)   ___    is missing affidavit
(3)   xx     is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing
(4)   ___    is missing certificate showing current balance in prison account
(5)   ___    is missing required financial information
(6)   xx     is missing authorization to calculate and disburse filing fee payments
(7)   ___    is missing an original signature by the prisoner
(8)   ___    is not on proper form (must use the court's current form)
(9)   ___    names in caption do not match names in caption of complaint, petition or habeas application
(10)  xx     other: motion and other documents are necessary only if fees totaling $400.00 are not paid in advance.

**Complaint, Petition or Application**:
(11)  ___    is not submitted
(12)  xx     is not on proper form (must use the court-approved form)
(13)  ___    is missing an original signature by the prisoner
(14)  ___    is missing page nos. ___
(15)  ___    uses et al. instead of listing all parties in caption
(16)  ___    names in caption do not match names in text
(17)  ___    addresses must be provided for all defendants/respondents in "Section A. Parties" of complaint, petition or habeas application
(18)  ___    other: _____.

Accordingly, it is

ORDERED that Plaintiff cure the deficiencies designated above **within thirty (30) days from the date of this order**.   Any papers that Plaintiff files in response to this

order must include the civil action number on this order. It is

FURTHER ORDERED that Plaintiff shall obtain the court-approved Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 and Prisoner Complaint form (with the assistance of his case manager or the facility's legal assistant), along with the applicable instructions, at www.cod.uscourts.gov. It is

FURTHER ORDERED that, if Plaintiff fails to cure all of the designated deficiencies **within thirty (30) days from the date of this order**, the action will be dismissed without further notice. The dismissal shall be without prejudice.

DATED August 13, 2018, at Denver, Colorado.

BY THE COURT:

s/ Gordon P. Gallagher
United States Magistrate Judge