FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

AUG 17 2018

JEFFREY P. COLWELL
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. _____
(To be supplied by the court)

Frances M. Scott; and John Does 1-25, Plaintiffs

v.

Edward Lew, Atlas Law Firm, P.C., Debt Busters, P.C. Dominic Ryals, David Furtado, Furtado Law Firm, LLC, Westerfield & Martin LLC, Zachary Westerfield, Logan Martin, Tony Spurlock, James Lakomy, Deputy Rotherham, Deputy Havavay, A Fourth Douglas County Deputy to be named, Jay Grant, and John Does 26-75, Defendant(s).

---

**PRISONER'S MOTION AND AFFIDAVIT
FOR LEAVE TO PROCEED PURSUANT TO 28 U.S.C. § 1915**

---

I request leave to commence this civil action without prepayment of fees or security therefor pursuant to 28 U.S.C. § 1915. In support of my request, I declare that:

1. I am unable to pay such fees or give security therefor.

2. I am entitled to redress.

3. The nature of this action is:
   Civil Action, conspiracy to deprive Plaintiff(s) of life, liberty and property without due process, (18 USC §241; 18 USC §242; 18 USC § 1962 42 USC §1983 and others)

(Rev. 10/01/12)

4. My assets and their value are listed below: (attach an additional page if necessary)

   (Assets may include income from employment, rent payments, interest or dividends, pensions, annuities, life insurance payments, Social Security, Veteran's Administration benefits, disability pensions, Worker's Compensation, unemployment benefits, gifts or inheritances, cash, funds in bank accounts, real estate, stocks, bonds, notes, automobiles or other valuable property (excluding ordinary household furnishings and clothing), or any other source of income.)

   2012 Mercedes GLK ($2,600)

5. Are you in imminent danger of serious physical injury?

   X Yes ___ No (CHECK ONE). If you answered yes, briefly explain your answer:

   Writ of Assistance issued by Denver Court 2017CV30158, "ORDERS" Douglas County Police to "use all necessary force" to collect personal property

6. I have attached to this motion a signed authorization directing my custodian to calculate and disburse funds from my inmate trust fund account or institutional equivalent to pay the required filing fee.
   I have no funds

7. I have attached to this motion a certificate from the appropriate official at each penal institution in which I have been confined during the six-month period immediately preceding the filing of this action and a certified copy of my inmate trust fund account statement for the same six-month period.
   I have only been detained in Denver since July 6, 2018 - I have a negative balance on my books

**DECLARATION UNDER PENALTY OF PERJURY**

I declare under penalty of perjury that the information in this motion and affidavit is true and correct. *See* 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Executed on  8-13-2018
                    (Date)

_____
(Prisoner's Original Signature)

FRANKIE MASON #SOO 885399
Denver County Jail
P.O. Box 1108
Denver, CO 80201

LEGAL MAIL

United States District Court for Colorado, Clerk
901 - 19th Street
Denver, CO 80294

80294$2500 C044