August 13, 2018

To: United States District Court for Colorado
901 - 19th St.
Denver, CO 80294

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
AUG 17 2018
JEFFREY P. COLWELL
CLERK

From: Frances M. Scott 0000885399
Denver County Court
P.O. Box 1108
Denver, CO 80201

Dear Clerk,

The Complaint and Motion for Emergency Stay were mailed last week without the enclosed Affidavit for Leave to Proceed pursuant to 28 U.S.C. § 1915

Respectfully
Frances M. Scott
all rights reserved