Case 18-CV-02044 GPG

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

AUG 30 2018

JEFFREY P. COLWELL
CLERK

## CERTIFICATE OF PRISON OFFICIAL

I certify that the attached statement is an accurate copy of the inmate trust fund account statement or institutional equivalent for the past six months for the prisoner named below.

Prisoner's Name: FRANCES MOORER Scott

Signature of Authorized Prison Official: D/S Lamberson · Commissary Officer

Date: 8-22-18

# Resident Account Summary
## Friday, August 17, 2018  @14:57

For DPD Number: 0000635399    MOORER-SCOTT, FRANCES

| Date | Transaction | Description | Amount | Balance | Owed | Held | Reference |
|---|---|---|---|---|---|---|---|
| 08/10/2018 | <MEDICAL> | MED KITE #17 120158 | -0.54 | 0.00 | 6.46 | 0.00 | 08/10/2018 |
| 08/10/2018 | MEDICAL | MED KITE #17 120158 | 7.00 | 0.54 | 7.00 | 0.00 | 08/10/2018 |
| 08/03/2018 | EPR | OID:100510636-ComisaryPur | -4.28 | 0.54 | 0.00 | 0.00 | 08/10/2018 |
| 07/27/2018 | EPR | OID:100509774-ComisaryPur | -33.52 | 4.82 | 0.00 | 0.00 | 08/03/2018 |
| 07/20/2018 | EPR | OID:100508971-ComisaryPur | -25.50 | 38.34 | 0.00 | 0.00 | 07/27/2018 |
| 07/12/2018 | <MEDICAL> | OID:100508155-ComisaryPur | -71.16 | 63.84 | 0.00 | 0.00 | 07/20/2018 |
| 07/12/2018 | MEDICAL | KITE 17191442 7/7/18 | -7.00 | 135.00 | 0.00 | 0.00 | 07/12/2018 |
| 07/06/2018 | <PROCESS FE | KITE 17191442 7/7/18 | 7.00 | 142.00 | 7.00 | 0.00 | 07/12/2018 |
| 07/06/2018 | DEPOSIT CAS | Payment for PROCESSING FEE | -30.00 | 142.00 | 0.00 | 0.00 | 07/06/2018 |
| 07/06/2018 | PROCESSING | BOOKIN | 172.00 | 172.00 | 30.00 | 0.00 | 07/06/2018 |
| | | ResMerge Service Initial ( | 30.00 | 0.00 | 30.00 | 0.00 | 07/06/2018 |

Frances Moore Scott
000085399
Denver County Jail
P.O. Box 1108
Denver Co 80201

DENVER CO 802

29 AUG 2018 PM 9 L



US District Court Clerk
District of Colorado
901-19 E St Room A105
Denver Co 80294-3589

80294-250151