# United States District Court for Colorado

Civil Action No. 18-cv-02044-GPG

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT 09 2018

JEFFREY P. COLWELL
CLERK

FRANCES M. Scott, et al

    Plaintiffs

V.

EDWARD LEVY, et al

    Defendants        October 2, 2018

## Plaintiff Scott's Motion for Expansion of Time to File Second Amended Complaint & Request for Clarification of Form for Filing

By special appearance; Frances M. Scott, living authorized representative of Plaintiff FRANCES M. Scott, Trust, comes with this motion and request.

## Statements of Fact

1) Frances M. Scott, living representative of Plaintiff FRANCES M. Scott, filed a Writ of Habeas Corpus October 1, 2018, as noted in September 18, 2018 ORDER to file a Second Amended Complaint to have this court review and

review Plaintiff' allegations that subject matter jurisdiction was raised and challenged based upon multiple instances of denial of due process, and personal jurisdiction was revoked in Denver District Court Case No. 2017CV30158, and which has never been proven by defendants Edward Levy, Atlas Law Firm, P.C., Debtbusters, P.C. or by the aforementioneds counsel, Furtado Law Firm LLC, David Furtado and/or Dominic Ryals.

2. Plaintiff Scott, alleges the Denver District Court is therefore proceeding without jurisdiction, under color of law since at least May 31, 2013, ordering the arrest of both Plaintiffs' living authorized representatives, and the theft of BOS Inc., a Colorado Corporation, assets (money, five(5) motor vehicles, data, corporate documents and records) well outside the jurisdiction of that court.

3. Scott, living is trying to exercise her inmate rights to a "typewriter" which is a computer in this day, to prepare her documents for this court, to make the filings both faster and easier to prepare, as well as easier to read when filed.

4. Order for Second Amended Complaint was received by Scott, living on September 21, 2018; 30 days to comply makes the response due October 12, 2018.

5. Scott, living requests an expansion of time to file the Second

Amended Complaint, to be postmarked, or filed
by/on October 26, 2018.

6. Scott, living, has No way to contact defendants for objections

7. The 14 day expansion will Not prejudice anyone

8. Therefore, Plaintiff's Scott's living representative moves this
court to Grant the expansion of time to file.

## Request for Clarification of Format

9. Plaintiff Scott's living representative is an inmate in jail,
until or unless this Court can release her
[illegible]

10. May Scott's living representative, format the Second Amended
Complaint in a more traditional format (similar to this
document), following each section and question in the
"inmate Complaint" to allow the document to be prepared
on a computer.

Respectfully submitted this 2nd day of October in the
year of our LORD 2018.

without prejudice

by: *Frances M. Scott*, Frances M. Scott living authorized representative.
for Plaintiff FRANCES M. SCOTT.          3 of 4

## Certificate of Service

I certify I sent an exact copy of the foregoing by USPS 1st class mail to the following, on or about October 2, 2018.

United States District Court for District of Colorado

Edward Levy, Atlas Law Firm, P.C., & Debt Busters, P.C.,
Furtado Law Firm L.L.C.; David Furtado, & Dominic Ryals,
Westerfield & Martin L.L.C.; Zach Westerfield, & Logan Martin
Douglas County Sheriff Tony Spurlock
Douglas County Sheriff's Deputy, Rotherham
Douglas County Sheriff's Deputy, Hanavan
Douglas County Sheriff's Deputy, Trindle
Douglas County Sheriff's Deputy, Lakomy
Douglas County Attorney,
Peter Menges
Morgan Scott
Maggie Scott

Respectfully,
October 2, 2018

all rights reserved

FRANCES ANNEE Seat 885399
Denver County Court
P.O. Box 1108
Denver, CO 80201

LEGAL MAIL

U.S. POSTAGE ≫ PITNEY BOWES

ZIP 80239
02 1W
0001370891 OCT 04 2018

$ 000.47⁰

United States District Court for Colorado
Clerk of Court
901-19th Street
Denver, CO 80294

80294362501 C044