FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO
2018 OCT 15 AM 11:58
JEFFREY P. COLWELL
CLERK
BY________DEP. CLK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 18-CV-02044 GPG
(To be supplied by the court)

FRANCES M. SCOTT, and [illegible], Plaintiff
John and Jane Does 5-15
v.

See Attached "A",

, Defendant(s).

*(List each named defendant on a separate line. If you cannot fit the names of all defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Section B. Do not include addresses here.)*

---

## SECOND AMENDED PRISONER COMPLAINT

---

**NOTICE**

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should not contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include only: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

**Plaintiff need not send exhibits, affidavits, grievances, witness statements, or any other materials to the Clerk's Office with this complaint.**

# "A" Defendants (page 1 of 1)

EDWARD LEVY
DEBTBUSTERS, P.C.
ATLAS LAW FIRM, P.C.
Denver County District Court, the Hon. Judge Jay Grant
Denver County District Court, the Hon. Judge Kandace Gerdes
Jefferson County District Court, the Hon Judge Laura A. Tighe
Douglas County Sheriff, Tony Spurlock
Douglas County Sheriff's Deputy, James Lakomy
Douglas County Sheriff's Deputy, Robert Rotherham
Douglas County Sheriff's Deputy, Ronald Hanavan
Douglas County Sheriff's Deputy, Michael Andrew Trindle
Douglas County Attorneys Bill
El Paso County Sheriff, Bill Elder
Peter D. Menges
John and Jane Does 35-75

## A. PLAINTIFF INFORMATION

*You must notify the court of any changes to your address where case-related papers may be served by filing a notice of change of address. Failure to keep a current address on file with the court may result in dismissal of your case.*

Frances M. Scott - FRANCES MOORER-SCOTT 0000 885399 Denver County Jail 10500 E. Smith Road Denver, CO 80238
(Name, prisoner identification number, and complete mailing address)

Francis Jane Moorer, Frances Moorer Scott-Wynne, Frances Jane Moorer Scott
(Other names by which you have been known)

*Indicate whether you are a prisoner or other confined person as follows: (check one)*

___ Pretrial detainee
___ Civilly committed detainee
___ Immigration detainee
___ Convicted and sentenced state prisoner
___ Convicted and sentenced federal prisoner allege
X Other: (*Please explain*) Civil Contempt - illegal regarding C.R.S.A. 13-59-101 Violations of the 4th & 8th amendments of the United States Constitution

## B. DEFENDANT(S) INFORMATION

*Please list the following information for each defendant listed in the caption of the complaint. If more space is needed, use extra paper to provide the information requested. The additional pages regarding defendants should be labeled "B. DEFENDANT(S) INFORMATION."*

Defendant 1: See "B Defendants Information
(Name, job title, and complete mailing address)

At the time the claim(s) in this complaint arose, was this defendant acting under color of state or federal law? ___ Yes ___ No (*check one*). Briefly explain:

Defendant 1 is being sued in his/her ___ individual and/or ___ official capacity.

1 of

"B" Defendants Information (page 1 of 15)

1. Edward Levy (EDWARD LEVY), attorney
3773 Cherry Creek North Dr. - Suite 575
Denver, Co 80209
Yes - acting under color of law
Name Individually and professionally

Summary of color of law by Edward Levy

Edward Levy acted under color of law, personally and as defendants: ATLAS LAW FIRM, P.C. and DEBT BUSTERS P.C. in conspiracy with every other named defendant. As a licensed attorney Edward Levy is an officer of the court and as such, Levy leveraged and misused his license to coerce and extort information, money and property from people who are Not named to this case.

Defendant Levy engaged in malicious abuse of process, using an alledged judgement, on appeal, with the cooperation and support of Jefferson District court and Denver District Court, to defame Plaintiff and cost her husband their sole income, (14th Amendment right to career), insurance and even 18 years of retirement. The Denver District Court issued arrest warrants in violation of Colorado law, CRS 13-59-101 and had plaintiff incarcerated, also in violation of CRS 13-59-101. Bail was set at $20,000, all cash, excessive and in violation of the 8th Amendment of the United States Constitution. Efforts to reduce bail by motion and in court were ignored.*

* Defendant The Honorable Kandace Gerdes has refused to reduce Bail or support the decision with facts.

"B" Defendants Information (page 2 of 15)

Findings of fact and Conclusions in law were requested and ignored by defendant Kandace Gerdes.

Jurisdiction was raised & challenged in Denver District Court on May 21, 2018. Defendants LEVY, ATLAS LAW FIRM, P.C. and DEBTBUSTERS, P.C (Plaintiffs in Denver District Case 2017CV30158) have NEVER proven jurisdiction for the Denver Court, however the Court has proceeded without jurisdiction to issue arrest warrants, writs of Assistance that call for violent force, even to kill plaintiff to take property by force that doesn't belong to plaintiff.* "Money and property," undefined has been seized with the full cooperation of the Denver District Court, without jurisdiction and well outside of jurisdiction.

The alleged judgment being collected during appeal was defined as a "Sanction" for discovery misconduct, later defined by defendant Judge Grant as: "I granted the judgment against you because I felt your answers to the interrogatories (C.R.C.P. Rule 33) were inadequate." Such a judgment is unsupported by statute and plaintiff alleges the Denver District Court conspired with defendants Levy, ATLAS LAW FIRM and DEBTBUSTERS to block plaintiffs discovery and stop plaintiff from her rightful trial before a jury.

The Jefferson County District Court, defendant The Hon Laura Tighe, conspired with defendant Edward Levy and ATLAS LAW FIRM, by overlooking the fact plaintiff

*defendant The Honorable Kandace Gerdes issued the El Paso Writ with the life-threatening language.

"B" Defendants Information (page 3 of 15)

was Not being notified of ongoing actions in case 2018CV30922, evidenced by the complete lack of Certificates of Notice, and process service Not done for plaintiff for five(5) full weeks. Additionally defendant The Hon Laura Tighe, failed to order defendant ATLAS LAW to Amend the Complaint and remove all references to criminal charges under Section 18. Failure to Notice has been raised and jurisdiction challenged in Jefferson District Court as well.

Defendants Douglas County Sheriff's, (four(4)) from defendant Levy and made changes to a Notice of Levy and stole two of plaintiffs vehicles (partially owned by plaintiff). Defendants Douglas County Sheriff Tony Spurlock and Douglas County Attorneys were both notified, in an effort to correct the theft, but there was no resolution. Plaintiff also attempted to diffuse the June 14, 2018 Writ of Assistance calling for violence, by communicating the Denver Court had No jurisdiction.

Defendant El Paso County Sheriff, Bill Elder is cooperating to take property belonging only partly to plaintiff. In both Known Writs of Assistance calling for violence, defendant Levy omitted the Non-party owner of the property, Bos Inc, deliberately deceiving both the

"B" Defendants Information (page 4 of 15)

Denver Court and the El Paso and Douglas County Sheriffs, to act under color of law to steal property not owed to defendants Levy, ATLAS and/or Debt.

Defendant Menges joined the conspiracy between Denver District Court and defendants Levy, ATLAS LAW Firm and DEBTBUSTERS, P.C. on August 23, 2018, when defendant Menges deceived (co-defendant Amerson (in Denver Case), after 49 days of incarceration, defendant Levy leveraged Menges' friendship with Plaintiffs son-in-law, leading Amerson to trust Menges and desire freedom, that Amerson signed over Plaintiffs property without her consent or Knowledge, and evidently agreed, to give defendant Levy, ATLAS and DEBTBUSTERS, property and money he had no idea he was signing away, as Amerson signed without reading - under extreme duress. The current results of that "signing" to a court without jurisdiction, is defendants Levy is demanding the turn over of Plaintiffs Property from Amerson, and other data and information Known by Plaintiff, but Not by Amerson.

Plaintiff has reason to believe and does believe the former rental home, occupied by Plaintiff and her husband, (co-defendant in Denver 2017 CV 30158 and Jefferson 2018 CV30922) is "bugged" and surveilled since December 2016. Plaintiff Notes, defendant Levy Knows too many private details about Plaintiffs phone habits, to not have access to her home.

"B" Defendants Information (page 5 of 10)

2. DEBTBUSTERS, P.C. - Law firm of defendant Edward Levy
3773 Cherry Creek North Dr; Suite 575; Denver, CO 80209
Yes - acting under color of law - (see #1 Edward Levy Summary)
Named as entity - professional

3 - ATLAS LAW FIRM, P.C. - Law Firm of defendant Edward Levy
3773 Cherry Creek North Dr; Suite 575; Denver, Co 80209
Yes - acting under color of law - (see #1 Edward Levy Summary)
Named as entity - professional

3; Denver County District Court, the Hon. Judge Jay Grant, Judge
1437 Bannock St; Denver, Co 80202
Yes - acting under color of law (see below and #1 Edward Levy)
Named as individual - Denver Court Named as entity

Summary of Actions under Color of law

Defendant, The Hon. Judge Jay Grant, cooperated with defendant Edward Levy, ATLAS and DEBTBUSTERS to deny plaintiff due process, and Equal Justice under the law. Defendant Grant denied Plaintiff due process and discovery when defendants Levy, ATLAS LAW and Debt busters claims were affirmed as accurate with proof of contracts wit ATLAS LAW FIRM, or billing statements to allow plaintiff to verify the amounts claimed. Defendant Grant ignored spoilation of evidence and motions to compel proof of

"B" Defendants Information (page 6 of 15)

contracts alleged by defendant Levy to have been breached. Defendant, The Hon. Jay Grant allowed defendant Levy, etal, to file two summary judgments eight (8) weeks after the deadline, over plaintiffs objections. Defendant The Hon. Jay Grant, allowed defendant Levy to abuse process by setting last minute, weekly hearings to discuss defendants dislike of plaintiffs honest answers to C.R.C.P. Rule 33 Interrogatiy answers, and defendant Levy's demands for plaintiff to turnover emails between plaintiff and a former civil rights attorney friend, which was Not unrelated to the action, other but which Levy already possessed from having IMAP access to Plaintiffs email account without her knowledge or consent between November 1, 2016 and January 25, 2017.

Defendant The Hon. Jay Grant allowed defendant Levy to move him to change plaintiffs answers to interrogatories by overt threats if plaintiff didn't change her answers to suit Levy. Defendant The Hon. Jay Grant gave defendant, his admitted friend and former colleague the unproven by due process judgment in the form of a subjective sanction.

Defendant The Hon Jay Grant "ruled" the Denver Court had jurisdiction over an appeal in the United States Court of Appeals for the Tenth Circuit, in viola violation of Supreme Court rulings requiring the plaintiff

"B" Defendants Information (page 9 of 15)

to bear the burden of proving jurisdiction of the court, Defendant The Hon. Jay Grant "ruled" the Denver Court has personal and subject matter jurisdiction, when plaintiff raised and challenged jurisdiction May 21, 2018, allowing defendant Levy to continue without proof to run ripshod over plaintiffs constitutional rights. Basically defendant Levy ran the Denver Court, and defendant The Hon. Jay Grant went along.

Defendant Levy intentionally filed the Denver Court case, allegedly to force and punish plaintiff for asking the final bill to be validated and for refusing to continue to retain Levy, et al. Defendant Levy, allegedly filed the Denver Court case, with the intention to misuse the governmental process and to use the award defendant The Hon. Jay Grant gave to Levy without due process for plaintiff to inflict unjustified harm to plaintiff and plaintiff's life and livlihood, by depriving plaintiff of her rights.

After jurisdiction was raised, challenged and unproven, The Hon. Judge Jay Grant and defendant continued without jurisdiction, as the Court threatened plaintiff with arrest and constitutionally excessive bail, against C.R.S. 13-59-101 and issued life threatening Writs of Assistance in violation of C.R.S. 13-59-102. Defendants Grant and Levy have acted with callous disregard for statute, rules, due process and jurisdiction.

"B" Defendants Information (page 8 of 15)

Defendant Denver County District Court, the Hon. Judge Kandace Gerdis, has taken up the mantle of conspiring with defendant Levy, etal, since July 1, 2018, refusing to reduce bail, refusing to allow plaintiffs many motions regarding lack of jurisdiction, and Motions to Compell (defendant Levy, etal) Plaintiffs to prove jurisdiction with uncontestable evidence.

Plaintiff has exhausted all possible resolutions in pursuit of justice in the Denver District Court and now sits in jail, nearly 100 days - arrested in absolute violation of Colorado Law. (CRSA 13-59-101)

5. Denver County District Court, the Hon. Kandace Gerdes, Judge
1437 Bannock St.; Denver, CO 80202
Yes-acting under color of law (see above, paragraph 1 and summary of defendant Levy)
Named as individual - Denver District Court Named as entity

6. Jefferson County District Court, the Hon Laura A. Tighe, Judge
100 Jefferson County Parkway; Golden, CO 80401
Yes-acting under color of law (see #1 Levy, page 5 para 3 and 6 para 1)
Named as individual - Jefferson District Court Named as entity

Summary

Defendant The Hon. Laura Tighe, has allegedly, willingly allowed defendant Levy as ATLAS LAW, Not serve Notice upon

"B" Defendants Information (page 9 of 15)

Plaintiff, and still allowed the case to move forward, falsely without opposition, to defendant Levy and ATLAS LAW FIRM's outrageous criminal allegations for five (5) weeks, a clear and decisive denial of the 14th Amendment right to due process. Defendant, the Hon. Laura Tighe also failed to Order ATLAS LAW FIRM, Amend the Complaint and remove All references to and allegations of criminal actions by plaintiff, which defendant Levy and ATLAS LAW FIRM have No standing to make.

Defendant the Hon. Laura Tighe allegedly conspired with defendants Levy and ATLAS to allow Levy et al to intentionally engage in malicious Abuse of Process, deprive plaintiff of due process and create unjustified harm and a complete destruction of plaintiff's life, through loss of spouses employment (sole income) loss of spouses retirement due to false criminal allegations unchecked by The Hon Laura Tighe, loss of home, loss of dogs, cat and parott, loss of property and loss of health dental and life insurance.

The Criminal allegations, contained in the civil action 2018CV 30922 are so heinous, the loss of career and all that goes with it has been confirmed to be permanent. Defendant Tighe was complicit by inaction which any reasonable person in her position would have acted to stop.

"B": Defendants Information (page 10 of 15)

7. Douglas County Sheriff, Tony Spurlock, Sheriff
4000 Justice Way
Castle Rock, CO 80109
Yes - acted under color of law & continues to act under color of law
Named both professionally and individually
Summary (includes four (4) Deputies Actions below)

May 15, 2018, three (3) Sheriff's Deputies (Laikomy, Rotherham, and Hanavan) at the direction of defendant Levy (referred to in Police report as "plaintiff's attorney" - plaintiff in 2017cv30158), Deputy Rotherham altered Denver Court document "Notice of Levy" by crossing out two vehicles and writing in the Vin #'s of two vehicles sitting beside plaintiffs former rented home. The two "stolen" vehicles were then force towed by the Deputies and impounded. May 16, 2018, plaintiff filed a Notice of theft of property belonging to Non-parties (BOS Inc.) into Denver District Case 2017cv30158. May 19, 2018 defendant Levy had a "revised" Notice of Levy, without a date or clerk's signature process served upon plaintiff. (BOS Inc.'s Registered Agent was Not process served). Defendant Levy entered the altered, false Notice of Levy into Denver Court records and defendants the Hon Grant and Gerdes ignored the false document. May 25, 2018, Sheriff Spurlock was hand delivered

a tort letter by plaintiff in an attempt to correct the theft quickly, without success. Plaintiffs also attempted to correct the theft by notifying Douglas County Attorneys of the errant theft, without success. Defendant, Deputy Trindle, confirmed the May 15, 2018 police report.

July 2, 2018, Plaintiff witnessed Unknown Douglas County Sheriffs Deputies, (two-2) parked at the front, (North side) of property, with an electronic looking object, on a sort of pole. The deputy stayed about 12 minutes or so, Never came to the door. July 3, 2018, defendant Levy called several contacts from plaintiffs cell phone, including plaintiffs son Morgan Scott, plaintiff's half-sister, Marci Wise and friend Toni Weiland. Defendant Levy left messages containing lies about plaintiff, allegedly to get information. Plaintiff alleges the timing is beyond suspicious and has reason to believe Douglas County Sheriff's Deputies downloaded Cellphone data from plaintiff's phone, the existence of a warrant is unknown, however, such an act is a violation of plaintiff's rights to privacy under the 4th Amendment and is a Malicious abuse of Process, well outside collection of a money judgment. Defendants Douglas County attorneys were notified July 3, 2018, No response received. Currently defendant Levy is pressing

"B" Defendant Information (page 12 of 15)

co-defendant Amerson to turn over plaintiff's property - her cell phone so defendant can get access - allegedly - to what he already possesses illegally, in the same manner defendant Levy demanded (unsuccessfully) to have plaintiff turn over emails irrelevant to the alleged contract breach, to gain access to what he already had and destroy evidence against him. Allegedly Douglas County Sheriff & Deputies are ready to breach a storage unit belonging to WSN party to the case Bos Inc.

8. Douglas County Sheriff's Deputy James Lakomy; Deputy
4000 Justice Way; Castle Rock, Co 80109
Castle Rock 80109
Yes - acted under color of law (see #7, Sheriff Spurlock Summary)
Named individually & professionally

9. Douglas County Sheriff's Deputy, Robert Rotherham, deputy
4000 Justice Way; Castle Rock, CO 80109
Yes - acted under color of law (see #7, Sheriff Spurlock's Summary)
Named individually and professionally

10. Douglas County Sheriff's Deputy, Ronald Hanavan, Deputy
4000 Justice Way; Castle Rock, Co 80109
Yes - acted under color of law (see #7 Sheriff Spulock's Summary)
Named individually and professionally

"B" Defendant Information (page 13 of 15)

11. Douglas County Sheriff's Deputy, Michael A. Trindle, Deputy
4000 Justice Way; Castle Rock, Co 80109
Yes-acted under color of law (see #7, Sheriff Spurlock's Summary)
Named individually and professionally

12. Douglas County Attorneys, Attorneys
380 Third Street, Castle Rock, Co 80109
Yes-acted under color of law - by inaction (see #7 Sheriff Spurlock's summary)
Named professionally

13. El Paso County Sheriff, Bill Elder, Sheriff
27 East Vermijo Ave; Colorado Springs, Co 80903
Yes-acted under color of law and ready to act again
Named individually and professionally

Summary

Defendant Edward Levy, through threats, criminal coercion and extortion, forced Morgan Scott, plaintiffs son, to hand over all BOS Inc.'s money and private banking records to avoid being accused of racketeering which defendant Levy has No standing to do and then threats to arrest Morgan Scott, at work, to assure maximum embarrasment and harm, with the full intention to have Morgan fired so he would lose everything, as

"B" Defendant Information (page 14 of 15)

was/is defendant's maliciously abusive pattern to destroy plaintiff's life, including her family. Through BOS Inc (NON party, Not obligated to alleged judgment, veil Not breached but for defendant Levy) defendant Levy gained Knowledge of BOS Inc.'s storage units, where BOS Inc. sought to protect property it owns in part (40%) with plaintiff (20%). Defendant Levy again petitioned Denver Court and defendant the Hon. Kandace Gerdes to issue a Writ of Assistance, with ORDERS for violence to be used against plaintiff, including the taking of her life and the destruction of third party property (damage to building(s)). Defendant Sheriff Bill Elder is ready to act under color of law to assist defendant Levy steal more property

14. Peter D. Menges, attorney, assistant with defendant Levy
140 - 17th Ave.; Suite 300; Denver, Co. 8020
Yes - acted under color of law, with the intend to steal through extortion, Malicious Abuse of Process and coercion
Named - individually and professionally

Summary

Defendant Menges conspired with defendant Levy and the Denver Court to extort, under duress a settlement, which

"B" Defendant Information (Page 15 of 15)

is still unknown to plaintiff, as She has Not been Noticed by defendant Levy, et al, or the Denver District Court. However, defendant Levy continues to harrass and threaten, co-defendant Amerson to answer questions only plaintiff Knows and surrender Plaintiffs property and data, much of it incriminating defendant Levy.

Defendant 2: ____________________________________________
(Name, job title, and complete mailing address)

____________________________________________

At the time the claim(s) in this complaint arose, was this defendant acting under color of state or federal law? ___ Yes ___ No (*check one*). Briefly explain:

____________________________________________

____________________________________________

Defendant 2 is being sued in his/her ___ individual and/or ___ official capacity.

Defendant 3: ____________________________________________
(Name, job title, and complete mailing address)

____________________________________________

At the time the claim(s) in this complaint arose, was this defendant acting under color of state or federal law? ___ Yes ___ No (*check one*). Briefly explain:

____________________________________________

____________________________________________

Defendant 3 is being sued in his/her ___ individual and/or ___ official capacity.

**C. JURISDICTION**

*Indicate the federal legal basis for your claim(s): (check all that apply)*

✓ 42 U.S.C. § 1983 (state, county, and municipal defendants)

___ *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388 (1971) (federal defendants)

___ Other: (*please identify*) ____________________________________________

**D. STATEMENT OF CLAIM(S)**

*State clearly and concisely every claim that you are asserting in this action. For each claim, specify the right that allegedly has been violated and state all facts that support your claim, including the date(s) on which the incident(s) occurred, the name(s) of the specific person(s) involved in each claim, and the specific facts that show how each person was involved in each claim. You do not need to cite specific legal cases to support your claim(s). If additional space is needed to describe any claim or to assert additional claims, use extra paper to continue that claim or to assert the additional claim(s). Please indicate that additional paper is attached and label the additional pages regarding the statement of claims as "D. STATEMENT OF CLAIMS."*

CLAIM ONE: See Attached

Supporting facts:

"D Statement of Claims" (page 1 of 11)

Clain Claim One
Conspiracy with Courts to deny Due Process

1- Defendants Levy, ATLAS LAW FIRM, P.C and DEBTBUSTERS, P.C with Defendant Denver County District Court, The Hon. Judge Jay Grant, to deny plaintiff any chance of due process by having the Court affirm defendants unsupported claims, prior to any discovery in August 2017.

2- Defendants Levy, etal, conspired with the Denver District Court and The Hon. Jay Grant to overtly threaten plaintiff, to lie to satisfy defendan't Levy, etal, or have all answers to interrogatories changed, without any legal basis, by defendant Grant

3- Defendants Levy, etal conspired with defendants Grant, Gerdes, Douglas County Sheriffs and Deputies, El Paso County Sheriff, and Menges to deprive Plaintiff of life, liberty and property without due process, outside and/or without jurisdiction

4- Plaintiff was denied her right (paid for) a trial by jury on February 26, 2018, when Denver Court granted Summary Judgments, two (2) filed 8 weeks late, in favor of defendant Levy etal.

"D Statement of Claims" (page 2 of 11)

5- Plaintiff was denied meaningful discovery in pursuit of justice, including Motion to Compel wet ink contracts alleged to have been breached.

6. Plaintiffs challenge of jurisdiction continues to be unproven for the Court. Court continues to "rule on it's own jurisdiction"

7- $63,400 judgment was granted as an unsubstantiated "sanction" well outside statute, based solely on "what defendant Grant "felt," without any evidence or proof of the truth.

8. Defendants Levy, et al was granted the ability to steal from plaintiff and others without consequences, therefore, Levy's criminal actions have increased.

9. Defendant Levy, et al, along with Denver District Court Judges Grant and Gerdis have turned the court into a criminal enterprise, without limits.

10. With the full cooperation of the Denver District court has violated plaintiffs rights consistently

"D Statement of Claims" (page 3 of 11)

Claim Two
of Conspiracy to take Liberty without Due Process

11. Colorado Law prohibits being incarcerated for debt
C.R.S.A. 13-59-101
"There shall be No imprisonment or arrest for debt in this state in any case upon any contract, expressed or implied"

12. With the exception of the defendants herein who are sheriffs or deputies, all other defendants knew or should have known the law regarding arrest and incarceration.

13. Defendant Levy desired to have plaintiff arrested and incarcerated, and the Denver Court conspired to break the law and issue a false warrant

14. Defendant Levy further desired Plaintiff to be unable to get free, therefore Levy moved the court to set the bail at an excessive level at $20,000 all cash, on top of the illegal incarceration.

"D Statement of Claims" (page 4 of 11)

15. June 21, 2018, the Denver District court and defendant Judge Grant had No authority to proceed, or issue any orders, without defendant Levy proving jurisdiction of the court for the court, therefore defendant Judge Grant ruled the Denver Court had/has personal and subject matter jurisdiction and proceeded under color of law to issue arrest warrants; and set unconstitution bail, all without due process

16. Plaintiff and her co-defendant husband were both arrested and jailed in a malicious abuse of Process, which caused plaintiff's entire life to be completely destroyed, from Normal productive self sufficient elders to penniless and homeless as the Denver Court, under color of law, with both defendants Grant and Gerdes, giving defendant Levy etal, support to steal from a Non-party with impunity.

17. Plaintiffs liberty has been taken without due process and against Colorado State law, for Nearly 100 days

18.

"D Statement of Claims" (page 4 of 11)

18. Plaintiff's ability to exercise her right to protect her property has been removed due to her illegal arrest and incarceration

19. Plaintiff has exhausted all options for justice in the Denver District Court

Claim Three

Loss of Property under color of law, without Due Process

20. Defendant Levy, acting under color of law, directed Douglas County Sheriffs deputies to change Denver court paperwork and "steal" two vehicles on May 15, 2018.

21. Defendant Sheriff Spurlock was alerted to the theft by his deputies, and conspired on the side of cover up instead of Justice.

22. Defendant Douglas County Attorneys were informed of the theft by the deputies and also conspired to cover up the theft and ignored the plaintiff.

23. Defendant Levy entered altered, false documents into the Denver court record, and defendant Grant ignored

"D Statement of Claim" (page 5 of 11)

plaintiffs objections and Notice of stolen property entered into the Denver court record.

24. June 14, 2018, - 29 days after jurisdiction was challenged, defendant Levy, et al, demanded defendant Grant, order plaintiff to turn over a third vehicle, Levy personally coveted.

25. Defendant Judge Grant threatened plaintiff overtly with arrest and jail if she failed to follow the illegal court orders, on June 15, 2018.

26. Plaintiff turned over the vehicle, but wrote "under duress" on the title. The title listed three owners (same as all five (5) vehicles stolen or being stolen) 1) BOS Inc. 2) Frances M. Scott, 3) Galen Amerson.

27. Denver District Court lacked(s) any jurisdiction to order anything, much less over owner 1) BOS Inc.

28. September 24, 2018 (approximately), defendant Gerdes signed orders to strip the title and steal the 2012 Mercedes GLK for defendant Levy personally.

"D Statement of Claim (page 6 of 11)

29. Defendant Levy petitioned defendant Gerdes, using extorted data from Morgan Scott and Bellco Credit Union regarding Non-party owner BOS Inc. storage of property in El Paso county. Falsely referring to the protection as concealment (again) defendant LEVY, et al omitted the majority ownership of a fourth (4th) vehicle and falsely claimed (again) only plaintiff and her husband (co-defendant) were owners. Defendant Gerdes signed defendant Levy's Writ of Assistance, calling for violence against plaintiff, exactly like the June 14, 2018 Writ of Assistance signed for Levy by defendant Judge Grant. Defendant Gerdes granted Writ Aug 9, 2018

30. Colorado Law prohibits violence against any defendant in a civil case:

CRS.A. 13-59-102

"No execution shall issue against the body of any defendant in a civil action."

31. Plaintiff has reason to believe there has been a third Writ of Assistance, granted by defendant Gerdes under color of law, to Arapahoe and/or Centennial to take by force, violence against Plaintiff, and owners

"D Statement of Claims (page 7 of 11)

orders to destroy property of the storage facility, the same as to El Paso Sheriff, defendant Bill Elder, granted by defendant Gerdes, to seize BOS Inc property and steal a 5th vehicle

32. There may also be a fourth Writ of Assistance with orders of violence against plaintiff and orders to destroy the storage facility for Douglas County Sheriffs, to steal BOS Inc property.

33. Defendant Levy continuously hounds Plaintiffs husband to gain access codes to BOS Inc's safe and to force the hand over of plaintiffs cell phone.

Claim Four

Invasion of Privacy under color of Law

34. Plaintiff has had all her privacy stripped away by defendant Levy, using a false "Non UCC" financing statement posted on Colorado Secretary of State site and printed out (it looks official however it is false - petition to show cause to follow); and by the misuse and abuse of the legal process by defendant Levy with the Denver Court looking

"D. Statement of Claims (page 8 of 11)

the other way or cooperating and supporting Levy's actions

35. Plaintiff has proof of and admission by Levy he had acess to her emails for 91 days, which has been reported to CBI with evidence

36. Plaintiff has reason to believe and does believe Douglas County Sheriffs used electronic equipment July 2, 2018 to download plaintiffs cell phone data, which was then given to defendant Levy, who began calling Plaintiff's contacts July 3, 2018

37. Plantiff believes her home has been under surveillance by defendant Levy since December 2016. Levy, having access to Plaintiffs emails at the time, Knew plaintiff was to be out of town after Thanksgiving, the first weekend of December. Banking records dissappeared while plaintiff was out of town and have never been found.

38. Plaintiff has reason to believe and fears she is Never going to be safe according to the 4th Amendment again.

"D Statement of Claims (page 9 of 11)

39. Plaintiffs hard copy data and records, as well as those of C corporation BOS Inc are at risk of theft by defendant Levy, etal, with the willing conspiracy of defendants Grant and Gerdes.

Claim Five

Threats to END Life by Conspiracy

40. Defendants Levy, etal, has called upon defendants Grant and Gerdes, acting under color of law to call on Sheriffs and Deputies in Douglas County, El Paso County and Arapahoe/Centennial to act violently against plaintiff and the property of others to secure for his personal use, property of plaintiffs and BOS Inc without any jurisdiction to do so

41. Plaintiff feels her life is at risk due to the actions of all defendants.

Claim Six

No Jurisdiction - Denver and Jefferson Courts Acting under color of Law

"D Statement of Claims" (page 10 of 11)

42. Defendant has never proven jurisdiction for Denver District Court, therefore, that court has no jurisdiction and has proceeded without any authority under color of law since May 21, 2018, with every Order challenged because due process rights were patently denied to plaintiff.

43. Defendant Levy filed a civil action in Jefferson County District court June 6, 2018 to collect a wage garnishment, Case 2018 CV 30922, naming Plaintiff, her husband Amerson and his employer MillerCoors Brewing.

44. Defendant Levy, conspired with defendant Jefferson County District Court, the honorable Judge Laura Tighe; to violate due process by intentionally Not Noticing plaintiff for five (5) weeks, until July 11, 2018, after plaintiff was illegally arrested and jailed, where it is very difficult to respond.

45. Defendant Levy mixed in egregious false charges of Racketeering by plaintiff and husband, into the civil complaint. Defendant Tighe allowed the illegal

"D Statement of Claim" (page 11 of 11)

inclusion of criminal charges. Plaintiff was/is massively defamed, and for over eight weeks was unable to respond to the false allegations.

46. By the time Plaintiff responded to the egregious allegations of felony, plaintiff's husband was fired due to his illegal arrest and incarceration, and stripped of all retirement benefits (18yrs); thus destroying plaintiffs livlihood as well.

47. Plaintiff lost three beloved dogs, a cat, a parott and their home in less than three (3) weeks, as defendant Levy with no over site stole every penny plaintiff and family had.

48. Plaintiff is homeless upon release from jail.

49. With jurisdiction in the Denver District Court - Jefferson County District court was operating under color of laws from the beginning.

50. Defendant Levy and ATLAS LAW filed both cases with intent to harm Plaintiff and to engage in malicious abuse of process.

**E. PREVIOUS LAWSUITS**

Have you ever filed a lawsuit, other than this lawsuit, in any federal or state court while you were incarcerated? ___ Yes _X_ No (*check one*).

*If your answer is "Yes," complete this section of the form. If you have filed more than one previous lawsuit, use additional paper to provide the requested information for each previous lawsuit. Please indicate that additional paper is attached and label the additional pages regarding previous lawsuits as "E. PREVIOUS LAWSUITS."*

Name(s) of defendant(s): ________________

Docket number and court: ________________

Claims raised: ________________

Disposition: (is the case still pending? has it been dismissed?; was relief granted?) ________________

Reasons for dismissal, if dismissed: ________________

Result on appeal, if appealed: ________________

**F. ADMINISTRATIVE REMEDIES**

*WARNING: Prisoners must exhaust administrative remedies before filing an action in federal court regarding prison conditions. See 42 U.S.C. § 1997e(a). Your case may be dismissed or judgment entered against you if you have not exhausted administrative remedies.*

Is there a formal grievance procedure at the institution in which you are confined?

___ Yes _X_ No (*check one*)

Did you exhaust administrative remedies?

___ Yes ___ No (*check one*)

**G. REQUEST FOR RELIEF**

*State the relief you are requesting or what you want the court to do. If additional space is needed to identify the relief you are requesting, use extra paper to request relief. Please indicate that additional paper is attached and label the additional pages regarding relief as "G. REQUEST FOR RELIEF."*

Plaintiff seeks

1. DeNovo Review of Jurisdication of Denver District Court
2. Review Colorado regarding arrest for debt CRS. 13-59-101
3. Grant writ of Habeas Corpus for Release from jail.
4. Stay all collection if Denver District Court is found to have jurisdication.
5. Disgorge all property and money taken; seized from parties
6. Issue orders for the return of 3 Pembrooke Welsh Corgis
7. $10 million in punitive damages
8. $7 million for pain and suffering

**H. PLAINTIFF'S SIGNATURE**

I declare under penalty of perjury that I am the plaintiff in this action, that I have read this complaint, and that the information in this complaint is true and correct. *See* 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Under Federal Rule of Civil Procedure 11, by signing below, I also certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

without prejudice

by: Frances M. Scott, Frances M. Scott, living, authorized representative of and signatory for FRANCES M. SCOTT

(Plaintiff's signature) all rights reserved

October 11, 2018

(Date)

(Form Revised December 2017)

Certificate of Service

I certify an exact copy of the foregoing Second Amended Prisoner Complaint was mailed by U.S.P.S., first class, on October 11, 2018, to the following

United States District Court for Colorado — Hand Delivered

Edward Levy, ATLAS LAW FIRM, P.C. & DEBTBUSTERS, P.C.
Denver District Court, The Hon. Judge Jay Grant
Denver District Court, The Hon. Judge Kandace Gerdes
Jefferson County District Court, The Hon. Judge Laura Tighe
Douglas County Sheriff, Tony Spurlock
Douglas County Sheriff's Deputy
Douglas County Sheriff's Deputy
Douglas County Sheriff's Deputy
Douglas County Sheriff's Deputy
Douglas County Attorneys
El Paso County Sheriff, Bill Elder
Peter D. Menges

October 11, 2018
without prejudice
by: Frances M. Scott, Frances M. Scott, living
all rights reserved